**Francis J. GREEN, Jr., Plaintiff–Appellant,**

v.

**J. SHIMKO, Correction Officer II, Defendant–Appellee,**

**and**

**Ronald Jones, # 292–378, Defendant.**

No. 01–6468.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Aug. 29, 2001.

Francis J. Green, Jr., pro se. John Joseph Curran, Jr., Attorney General, Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, MD, for appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Francis J. Green, Jr. appeals the district court's order denying relief on his 42

U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Green v. Shimko,* No. CA–00–2666–S (D. Md. filed Feb. 12, 2001, entered Feb. 13, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*